

# United States District Court
# Eastern District of California

ROGELIO RODRIGUEZ

Plaintiff(s)

Case Number: 2:25-CV-01442

V.

SURESITE CONSULTING GROUP, LLC

**APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER**

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Stephen S. Zashin _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant SURESITE CONSULTING GROUP, LLC

On _____05/15/1995_____ (date), I was admitted to practice and presently in good standing in the _____Ohio Supreme Court_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Eric Perez v. SureSite Consulting Group LLC - Case # 2:25-cv-01080

Application made on 5/13/2025 - PHV Granted

Date: _____03/11/2026_____          Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Stephen S. Zashin

Law Firm Name: Zashin & Rich Co., L.P.A.

Address: 950 Main Ave

4th Floor

City: Cleveland     State: OH     Zip: 44113

Phone Number w/Area Code: (216) 696-4441

City and State of Residence: Shaker Heights, Ohio

Primary E-mail Address: ssz@zrlaw.com

Secondary E-mail Address: car@zrlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Julie Roback

Law Firm Name: Valle Makoff LLP

Address: 11777 San Vicente Blvd.

STE 890

City: Los Angeles     State: CA     Zip: 90049

Phone Number w/Area Code: (310) 476-0300     Bar # 175528

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: __March 18, 2026__

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE